

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00354-CR
## NO. 02-14-00355-CR

RHONDA LORENE LADON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY
## TRIAL COURT NOS. 1373995D, 1374235D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Rhonda Lorene Ladon pled guilty and judicially confessed to possession of less than one gram of methamphetamine and theft. Under the terms of plea bargain agreements, the trial court sentenced her to nine months' confinement in each case, with the sentences running concurrently. In each case, the trial court signed a certification stating that appellant had entered a plea

---

[1]*See* Tex. R. App. P. 47.4.

bargain and had "NO right of appeal." Appellant and her trial counsel also signed the certifications. Nonetheless, appellant brought these appeals.

We sent a letter to appellant in which we informed her of the contents of the certifications and stated that we could dismiss the appeals unless, by September 18, 2014, she filed a response showing grounds for continuing the appeals. She has not responded. Thus, in accordance with the trial court's certifications, we dismiss these appeals. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f), 44.3; *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 4, 2014